UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **VALERO MARKETING AND SUPPLY COMPANY,** § § § | |
| **Plaintiff,** § § | |
| **VS.** § | **CIVIL ACTION NO. H-03-4317** |
| § | |
| **SAVOY TRUCK STOP,** § § § | |
| **Defendant.** § | |

## MEMORANDUM AND ORDER

Pending before the Court is the parties' joint motion to extend the abatement of this case, pending an Internal Revenue Service ("IRS") decision whether to refund the tax payments that Plaintiff seeks to recover from Defendant. According to the parties, the IRS has stated that it will not resolve the refund question earlier than September 2006, by which time this case will be approaching the three-year anniversary of its filing.

Counsel for both parties indicated, at the hearing held on July 10, 2006, that they have discussed a nonsuit agreement that would include a tolling provision, which would permit the Court to remove this case from its docket pending the outcome of the IRS decision making process. While all counsel appear to agree that such a document would be the most expeditious method of handling this case at the current time, they have been stymied in their efforts to execute such an agreement, by the refusal of Defendant's corporate officers to respond to communications from defense counsel.

While the Court is always reluctant to interfere concerning relations between parties and their counsel, Defendant's behavior in this case is both disrespectful of the judicial system and wasteful of the time and efforts of Plaintiff, all counsel, and the

Court. Accordingly, the Court will entertain a motion by Plaintiff for the entry of an agreed notice of nonsuit containing a tolling provision that will permit this case to be re-filed in the event that the IRS denies Plaintiff's refund request.

Plaintiff is hereby **ORDERED** to file such a motion, if at all, within ten days of the issuance of this Memorandum and Order. A proposed agreement should be attached as an exhibit to the motion. Defendants are **ORDERED** to respond to the motion, if at all, within ten days of its filing. Pursuant to this Court's local rules, a failure to respond will be construed as a representation of no opposition. *See* L.R. 7.4.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 10th day of July, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**